# United States District Court

***Southern District of Georgia***

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP 21 AM 9:43

CLERK [signature]
SO. DIST. OF GA.

Melanie E. Damian, as Receiver for PFGBI, LLC,

Plaintiff

Case No. 3:15-CV-00071-DHB-BKE

v. Trae D. Dorough, et al.

Defendant

Appearing on behalf of

Plaintiff, Melanie E. Damian, as Receiver

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of Sept., 2015.

[signature]

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Kenneth Dante Murena

Business Address: Damian & Valori LLP

Firm/Business Name

1000 Brickell Avenue, Suite 1020

Street Address

| Street Address (con't) | City | State | Zip |
|---|---|---|---|
| | Miami | FL | 33131 |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| | | | |

(305) 371-3960 — Telephone Number (w/ area code)

Fl Bar No. 147486 — Georgia Bar Number

Email Address: kmurena@dvllp.com