IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MELANIE DAMIAN, as receiver for PFGBI, LLC, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 315-071 |
| TRAE D. DOROUGH, et al., | * * | |
| Defendants. | * | |

O R D E R

Presently pending before the Court is Plaintiff's Voluntary Dismissal Without Prejudice of Defendant Charles T. Clements pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). A review of the docket shows that Defendant Clements has not served an answer or a motion for summary judgment. In fact, Plaintiff's motion, (doc. 7), indicates that Defendant Clements has not been served with process. Accordingly, the Court hereby **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant Clements. The Clerk **SHALL TERMINATE** Defendant Clements as a defendant in this case.

**ORDER ENTERED** at Augusta, Georgia this 21st day of September, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA